

Entered on Docket
July 08, 2010


_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-71968

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-17753-mkn |
|---|---|
| Jeffrey E. Graff | Date: 6/16/2010<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to
3  Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject
4  property, generally described as 8705 Hawk Canyon Street, Henderson, NV 89704.

Submitted by:

WILDE & ASSOCIATES
By: *R. Salier* #10235
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: *Lawrence D. Rouse*
Lawrence D. Rouse
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
    ____ The court waived the requirements of LR 9021.
    ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
    ____ No parties appeared or filed written objections, and the trustee is the movant.
    _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
    _X_ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or      ____ failed to respond to the document
    ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or      _x_ failed to respond to the document

    ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or      ____ failed to respond to the document
    ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or      ____ failed to respond to the document

    ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor